UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

JANICE T. HYNES,

Plaintiff,

CASE NO.:  2:11-CV-111-FTM-29DNF

-v-

KEY WEST EXPRESS, LLC and
J&J FISHING CORPORATION,
A Delaware Corporation d/b/a
Hyannis Whale Watchers Cruises,

Defendants.

_____/

## PLAINTIFF, JANICE HYNES' INITIAL DISCLOSURES

Plaintiff, JANICE HYNES, through undersigned counsel and pursuant to Federal Rule of

Civil Procedure 26(a)(1), hereby files her Initial Disclosures:

A.      **Individuals likely to have discoverable information:**[1]


1.      JANICE HYNES (Plaintiff)
        10 Esty Road
        Princeton, MA 01541

        Defendant may coordinate Mrs. Hynes' deposition via Plaintiff's counsel
        at a time and place convenient to all parties.

        Nature of information:  Mrs. Hynes is likely to have information regarding the
        events that lead up to, during and subsequent to the incident as described in the
        Complaint.  Mrs. Hynes may also provide information as to damages sustained.

---

[1] Plaintiff is providing all information currently available to date in providing these mandatory disclosures.  To the extent Plaintiff obtains additional information through the course of discovery, the undersigned will disclose that information to opposing counsel.

2.      Paul Chmielewski, M.D.
        Heartland Health Care and Rehab Center
        5401 Sawyer Road
        Sarasota, FL 34233

<u>Nature of information:</u>  Dr. Chmielewski is likely to have information regarding the events subsequent to the incident as described in the Complaint.   Dr. Chmielewski may also provide information as to damages.


3.      Aldo Beretta, M.D.
        Orthopedic Specialty Care
        6101 Pine Ridge Road
        Suite: 201
        Naples, FL 34119

<u>Nature of information:</u>  Dr. Beretta is likely to have information regarding the events subsequent to the incident as described in the Complaint.  Dr. Beretta may also provide information as to damages.


4.      Longview Orthopaedic Center
        100 Hospital Road 3C
        Leominster, MA 01453

<u>Nature of information:</u>  The health care professionals from Longview Orthopedic Center who provided care to Mrs. Hynes are likely to have information regarding the events subsequent to the incident as described in the Complaint.  They may also provide information as to damages.


5.      Collier County Emergency Medical Services
        8075 Lely Cultural Parkway, Suite: #267
        Naples, FL 34113

<u>Nature of information:</u> The health care professionals from Collier County Emergency Medical Services who provided care to Mrs. Hynes are likely to have information regarding the events subsequent to the incident as described in the Complaint.  They may also provide information as to damages.

6.      Collier Pathology Services
        8300 Collier Blvd.
        Naples, Florida 34114

Nature of information: The health care professionals from Collier Pathology Services who provided care to Mrs. Hynes are likely to have information regarding the events subsequent to the incident as described in the Complaint. They may also provide information as to damages.


7.      Ramsey Rehab, Inc.
        33 Electric Avenue Suite B-10
        Fitchburg MA 01420

Nature of information: The health care professionals from Ramsey Rehab, Inc., who provided care to Mrs. Hynes are likely to have information regarding the events subsequent to the incident as described in the Complaint.  They may also provide information as to damages.


7.      Gulf Port Non Emergency Transport
        21301 South Tamiami Trail
        Suite: 230, #127
        Estero, FL 33928

Nature of information: The health care professionals from Gulf Port Non Emergency Transport who provided care to Mrs. Hynes are likely to have information regarding the events subsequent to the incident as described in the Complaint.  They may also provide information as to damages.


**B.      Tangible Items in Possession of the Petitioner:**

1.      Plaintiff's medical records from the following providers:

        a.      Heartland Health Care and Rehab Center
        b.      Orthopedic Specialty Care
        c.      Longview Orthopaedic Center
        d.      Collier County Emergency Medical Services
        e.      Collier Pathology Services
        f.      Ramsey Rehab, Inc.
        g.      Gulf Port Non Emergency Transport

**C.** **Damages cited:**  Mrs. Hynes is making a claim for economic damages, including her medical bills and lost wages. Mrs. Hynes is also making a claim for pain  and suffering.

**D.** **Insurance Policies:**  Mrs. Hynes is covered under group health insurance policy provided by Medicare and Tufs Health Plans.

 **I CERTIFY** that on <u>June 10, 2011</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

<u>**SERVICE LIST**</u>

 Robert B. Birthisel, Esquire
 rbirthisel@hamiltonmillerlaw.com
 Michael J. Bradford, Esquire
 mbradford@hamiltonmillerlaw.com
 100 S. Ashley Drive, Ste 1210
 Tampa, FL  33602
 Telephone:  813-223-1900
 Facsimile:  813-223-1933
 Attorney for Defendant.

 */s/ Adam Brum*
 Adam Brum, Esquire
 Morgan & Morgan, P.A.
 One Tampa City Center
 201 N. Franklin Street, 7th Floor
 Tampa, FL 33602
 Tele:  (813) 223-5505
 Fax:  (813) 223-5402
 Florida Bar #:  999512
 Attorney for Plaintiff
 abrum@forthepeople.com